**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ROBERT JAMES SUTTON, #04424-025**                                      **PETITIONER**

**VERSUS**                                              **CIVIL ACTION NO. 5:06cv106DCB-MTP**

**CONSTANCE REESE, Warden FCI-Yazoo**                          **RESPONDENTS**

<u>ORDER</u>

Before the Court is inmate Sutton's request for habeas corpus relief filed pursuant to

28 U.S.C § 2241 in the above entitled action.  The petitioner has submitted a copy of the

regional response to his Administrative Remedy Appeal.  However, in order to demonstrate

completion of the Administrative Remedy Program, the petitioner also needs to submit a

copy of the response from the Central Office Appeals.  Accordingly, it is hereby,

**ORDERED:**

(1)  That **within twenty (20) days** of this date petitioner shall file a written response to

specifically state if the petitioner has completed the exhaustion of his administrative

remedies through the Bureau of Prisons, as set forth in 28 C.F.R. § 542, regarding the claims

presented in this suit.  If so, petitioner shall submit with his response to this order copies of

all request/appeals filed with and all responses received from the Warden and Central Office

Appeals.  The petitioner shall also submit a copy of the appeal he filed with the Regional

Director.

(2)  That the Clerk is directed to mail a copy of this Order to the petitioner at his last

known address.

(3)  The petitioner is warned that his failure to fully comply with any Order of this

Court in a timely manner or his failure to keep this Court informed of his current address

may result in the dismissal of this suit.

THIS, the 25th day of September, 2006.


s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE