**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ROBERT JAMES SUTTON, #04424-025**                                        **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO.  5:06cv106DCB-MTP**

**CONSTANCE REESE, Warden FCI-Yazoo**                                   **RESPONDENT**

## FINAL JUDGMENT

    This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the

Memorandum Opinion and Order issued this date and incorporated herein by reference,

    IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed

without prejudice, pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

    THIS, the 28th day of December, 2006.

                  S/DAVID BRAMLETTE_____
                  UNITED STATES DISTRICT JUDGE